## STUCKERT v. ELLIS.

### November 28, 1840.

*Rule to show cause why a sheriff's sale should not be set aside, &c.*

*Scire facias* on a mortgage of several properties, and *levari facias* issued, in which one of the properties only was described, which the sheriff sold: *Held*, that the execution as it did not follow the judgment was irregular, and the *levari* and the sale under it were set aside.

THE plaintiff had judgment on a *scire facias*, on a mortgage of several properties. He issued a *levari facias*, in which only one was described, and that was sold by the sheriff for less than the amount of the costs.

At the instance of the defendant, a rule to show cause why the *levari facias* and sale should not be set aside was granted.

*Jack*, for the rule.
*I. Norris*, contra.

PER CURIAM.—We make this rule absolute on the ground that the execution was wholly irregular, in this, that it was issued against one of the properties only. Judgment on the *scire facias* had been entered, which judgment was in effect that the plaintiff should have execution of *all* the properties in the writ mentioned. An execution which does not follow the judgment is irregular.

We do not determine a question mooted at the bar, how far, or under what circumstances, the plaintiff might have directed the sheriff to sell one of the properties only, had they all been set forth in the writ. The point before us is only adjudicated.

Rule absolute.